◆AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

JOYCE RENEE KING
814 Greenwood Street
Montgomery, AL 36104

**WARRANT FOR ARREST**

Case Number: 2:05cr297-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JOYCE RENEE KING
                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

Utters counterfeit obligations (1 count)
Passes counterfeit obligations or securities (1 count)

in violation of Title _____18_____ United States Code, Section(s) _____471; 472_____

DEBRA P. HACKETT
Name of Issuing Officer

CLERK
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

December 15, 2005 - Montgomery, AL
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |