**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| √ INITIAL APPEARANCE | DATE: 1/23/06 |
| ❏ BOND HEARING | |
| ❏ DETENTION HEARING | DIGITAL Recording : 2:04 - 2:19 |
| ❏ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❏ REMOVAL HEARING (R.40) | |
| √ ARRAIGNMENT | |

**PRESIDING MAG. JUDGE:** VANZETTA PENN MCPHERSON    **DEPUTY CLERK:** Wanda Robinson
**CASE NO.:** 2:05cr297-WHA    **DEFENDANT NAME:** Joyce Renee King
**AUSA:** Susan R. Redmond    **DEFT. ATTY:** James R. Cooper
Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD
**PTSO:** Ron Thweatt    **USPO:** _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present (√) NO; ( ) YES    Name:

___

| | |
|---|---|
| √ | Date of Arrest 1/23/06 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. Prob/Sup Rel Violator |
| ❏ | Deft First Appearance with Counsel |
| ❏ | Deft. First Appearance without Counsel |
| ❏ | Requests appointed Counsel |
| √ | Financial Affidavit executed *ORAL MOTION FOR APPT OF COUNSEL* |
| ❏ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| √ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel. Has retained |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏ set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | BOND EXECUTED (M/D AL charges) $. 25,000 |
| ❏ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed. Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. ❏ Set for |
| √ | DISCOVERY DISCLOSURE DATE: 1/25/06 |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| √ | WAIVER of Speedy Trial. CRIMINAL TERM: 6/26/06 |

PRETRIAL: 2/27/06 @ 9:00 a.m.