**COURTROOM DEPUTY'S MINUTES**               **DATE:** 2/27/06

**MIDDLE DISTRICT OF ALABAMA**               **Digital Recording:   9:09 - 9:11**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE.  Vanzetta Penn McPherson**     **DEPUTY CLERK:** Wanda A. Robinson
                                                            Edward Donald Fulmer
**CASE NUMBER: 2:05cr297-WHA**               **DEFENDANT(S):** Susan Denise Fulmer
                                                            William Barry Gorman
                                                            Joyce Renee King

| GOVERNMENT | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Susan R. Redmond | * | Jeffery Duffey (Fulmers) |
| | | Robin Konrad (Gorman) |
| | | James R. Cooper, Jr. (King) |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**               **Complete**

❏ **PENDING MOTION STATUS:**               **NONE**

❏ **PLEA STATUS:**               **Fulmer will not go to trial**
                           **King possible trial (Uncertain)**
                           **Gorman likely trial until further notice**

❏ **TRIAL STATUS**
                           **2 Days for Trial with just 2 defendants or all 5 defendants**

❏ **REMARKS: Government will go forward on trial on King and Gorman if Mr. Mosley is still at large**

**Counsel for Defendant King and Gorman do not have a problem with trial without Mr. Mosley**
**If Defendant chooses to Plea, Please notifiy court as soon as possible for  the scheduling of change of plea**