IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05 -cr-297 -A |
| ) | |
| EDWARD DONALD FULMER ) | |
| SUSAN DENISE FULMER ) | |
| WILLIAM BARRY GORMAN ) | |
| JOYCE RENEE KING and ) | |
| JEFFREY SCOTT MOSLEY ) | |
| ) | |

## MOTION FOR LEAVE TO AMEND INDICTMENT

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and request that the Court grant its' Motion For Leave to Amend Indictment, and as grounds states as follows:

1. Federal Rules of Criminal Procedure, Rule 7(e) allows the Court to amend an indictment at any time before the verdict or finding, "Unless an additional or different offense is charged or a substantial right of the defendant is prejudiced" 7(e) F.R.Cr.P.

2. The indictment in this case has the defendant's name misspelled as "Mosley".

3. The government was made aware of the correct spelling of defendant's name which is "Moseley".

4. The government respectfully requests that the Court permit the amendment of the Indictment to reflect the proper spelling of the defendant's name.

5. No additional offense will be charged and no substantial right of the defendant will be prejudiced by such amendment.

Based on the above, the Government requests that the Court grant leave to amend the Indictment to reflect the proper spelling of defendant's name as "JEFFREY SCOTT MOSELEY".

Respectfully submitted this the 13th day of March, 2006.

                LEURA GARRETT CANARY
                UNITED STATES ATTORNEY

                /s/ Susan R. Redmond
                SUSAN R. REDMOND
                Assistant United States Attorney
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                334.223.7280
                334.223.7135   fax
                susan.redmond@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05 -cr-297 -A |
| | ) | |
| EDWARD DONALD FULMER | ) | |
| SUSAN DENISE FULMER | ) | |
| WILLIAM BARRY GORMAN | ) | |
| JOYCE RENEE KING and | ) | |
| JEFFREY SCOTT MOSLEY | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Poti.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
susan.redmond@usdoj.gov