IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr297-WHA |
| | ) | |
| JOYCE RENEE KING | ) | |


## ORDER ON MOTION

For good cause, it is

ORDERED that Defendant Joyce Renee King's Motion to Continue Pre-Trial filed 18 April 2006, (Doc #73) be construed as a motion for Attorney James R. Cooper, Jr. to be excused from the pretrial conference scheduled for 15 May 2006.

It is further ORDERED that the Motion is GRANTED.

DONE this 19th day of April, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE