IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR297-WHA |
| | ) | |
| JOYCE RENEE KING | ) | |

## ORDER

Although the court entered an order on 19 April 2006, excusing defendant's counsel from attending the pretrial conference on 15 May 2006, counsel must still provide the court with an update on the defendant's status. Accordingly, it is

ORDERED that the defendant's counsel authorize the government's counsel in this case to represent the status of the case to the court at the pretrial conference on 15 May 2006.

DONE this 5th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE