| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 5/15/06 |
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:22 - 9:24 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr297-WHA   **DEFENDANT(S):**
William Barry Gorman
Joyce Renee King

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Susan R. Redmond | * * * | Robin Konrad (Gorman) |
| | | James R. Cooper, Jr. (King) - EXCUSED |
| | * * | GOVERNMENT GAVE STATUS |

☐ **DISCOVERY STATUS:**   Complete

☐ **PENDING MOTION STATUS:**   NONE

☐ **PLEA STATUS:** Likely Pleas for Defendants William Bary Gorman and Joyce Renee King

☐ **TRIAL STATUS**
One Day and ½ for Trial if Trial

☐ **REMARKS:** Notice of Intent due by 6/l4/06; Court suggest both pleas be set for the same date and time