IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
|     Plaintiff, | * | |
| | * | |
| vs. | * | CR. NO. 2:05cr-297-A |
| | * | |
| JOYCE RENEE KING | * | |
|     Defendants. | * | |

## NOTICE OF INTENT TO CHANGE PLEA

    COMES, James R. Cooper, Jr. who on behalf of his client Joyce King, does notify this Court that Ms. King intends to change her plea from Not Guilty to Guilty and further states as follows:

1.    The government and Ms. King have this morning entered into a plea agreement.

                                                    RESPECTFULLY SUBMITTED,


                                                    /s/ James R. Cooper, Jr.
                                                    James R. Cooper, Jr. (COO021)
                                                    COOPER & COOPER
                                                    312 Scott Street
                                                    Montgomery, Alabama 36104
                                                    (334) 262-4887
                                                    (334) 262-4880 (Facsimile)

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 31nd day of May, 2006 , I have served a copy of the foregoing Notice of Intent to Change Plea  Upon Ms. Susan Redmond, AUSA  , at the last known address of: P.O. Box 197, Montgomery, Al  By placing a copy of the same in the United States Mail properly addressed and postage prepaid and electronically.

/s/James R. Cooper, Jr.<br>JAMES R. COOPER, JR.

Cc:
Rene King
Rt. 1, Box 223
Rockford, Al 35136