**COURTROOM DEPUTY'S MINUTES**               **DATE:** 6/2/06

**MIDDLE DISTRICT OF ALABAMA**               Digital Recording: 9:15 - 9:17

<strong><u>PRETRIAL CONFERENCE</u></strong>

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr297-WHA    **DEFENDANT(S):** William Barry Gorman
                                                     Joyce Renee King

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
|  | * |  |
|  | * |  |
| Susan R. Redmond | * | Christine Freeman |
|  |  | James Cooper |
|  | * |  |
|  | * |  |

❏ **DISCOVERY STATUS:**          Complete


❏ **PENDING MOTION STATUS:**     None


❏ **PLEA STATUS:**               Likely Plea-Gorman

**Joyce Renee King's change of plea to be rescheduled to 9/19/06 @ 8:00 a.m. - Court to issue an Order**


❏ **TRIAL STATUS**



❏ **REMARKS:**