IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr297-WHA |
| | ) | |
| JOYCE RENEE KING | ) | |

**ORDER**

Attorney for the Government has represented to the Court a conflict with the scheduled time for defendant to enter a change of plea. Therefore, it is

ORDERED that the change of plea be RESET to 19 June 2006 at 8:00 a.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding. The Clerk shall provide a Court Reporter for the proceeding.

DONE this 5th day of June 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE