MIDDLE DISTRICT OF ALABAMA          COURT REPORTER: Mitchell Reisner

❏ ARRAIGNMENT          x CHANGE OF PLEA          ❏ CONSENT PLEA

❏ RULE 44(c) HEARING          ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*   **DEPUTY CLERK:** *WANDA ROBINSON*
**CASE NUMBER:** *2:05cr297-WHA*   **DEFENDANT NAME:** *Joyce Ree King*
**AUSA:** *Susan R. Redmond*   **DEFENDANT ATTY:** *James R. Cooper, Jr.*

Type Counsel:   ( ) Waived;   ( ) Retained;   ( ) Panel CJA;   (X) CDO

**USPO:** Dwayne Spurlock

Defendant _____ does ___x___ does NOT need and interpreter.

Interpreter present? __x__ NO _____ YES   Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty                              ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x Guilty as to:

   X Count(s) ___2___ of the Felony Indictment.

   x Count(s) ___1___   ❏ dismissed on oral motion of USA;

                         x to be dismissed at sentencing

x — **ORAL ORDER ADJUDICATING GUILT as to COUNT 2**

X — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

x — **ORDER:** Defendant Continued under  x- same bond ; ❏ Released on Bond & Conditions of Release

   ❏ summons; for: **Court ordered defendant to live with Grandmother at Lake Mitchell**

❏ Trial on _____; x Sentencing  X to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❏ Posting a $_____ Bond;

   ❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.