COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

√ INITIAL APPEARANCE                     DATE: 7/7/06
❒ BOND HEARING
❒ DETENTION HEARING                      DIGITAL Recording : 9:01 - 9:11
❒ PRELIMINARY (EXAMINATION)(HEARING)
❒ REMOVAL HEARING (R.40)
❒ ARRAIGNMENT

**PRESIDING MAG. JUDGE:** VANZETTA PENN MCPHERSON   **DEPUTY CLERK:** Wanda Robinson
**CASE NO:** 2: 05cr297-WHA                         **DEFENDANT NAME:** Joyce Renee King
**AUSA:** Verne Speirs                              **DEFT. ATTY:** James R. Cooper, Jr.
                                                    Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD
**PTSO:**                                           **USPO:** Donnelle Thompson

Defendant ( ) does; (√ ) does NOT need an interpreter
Interpreter present   (√ ) NO; ( ) YES     Name:

| | |
|---|---|
| √ | Date of Arrest 7/6/06 or ❒ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges.   √ Prob/Sup Rel Violator |
| ❒ | Deft First Appearance with Counsel |
| ❒ | Deft. First Appearance without Counsel |
| ❒ | Requests appointed Counsel |
| ❒ | Financial Affidavit executed   *ORAL MOTION FOR APPT OF COUNSEL* |
| ❒ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel.  Has retained |
| ❒ | ❒ Government's ORAL  Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒set for |
| ❒ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ❒ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| ❒ | Release order entered.  Deft advised of conditions of release |
| ❒ | **BOND EXECUTED (M/D AL charges)** $. |
| ❒ | **BOND EXECUTED (R. 40)** - deft to report to originating district as ordered |
| ❒ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ❒ | ARRAIGNMENT ❒HELD. Plea of NOT GUILTY entered. ❒ Set for |
| ❒ | DISCOVERY DISCLOSURE DATE: |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ❒ | WAIVER of Speedy Trial.  CRIMINAL TERM: |

Preliminary Hearing set for 11 July 2006 @ 9:00 a.m.