IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CR. NO.: 2:05cr297-WHA |
| ) | |
| ) | |
| JOYCE RENEE KING ) | |

## ORDER

For good cause, it is

ORDERED that a Preliminary Hearing for the defendant, Joyce Renee King, be and is hereby scheduled for 11 July 2006 at 9:00 a.m., in courtroom 5A, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this  7th   day of July, 2006

 /s/Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE