# MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 7/11/06

DATE COMPLETED: 7/11/06

DIGITAL RECORDING: 9:02 - 9:30

USA    *    2:05cr297-WHA

vs    *

JOYCE RENEE KING    *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Terry Moorer | | James R. Cooper, Jr. |

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

---

### PROCEEDINGS:

( ) JURY TRIAL
( x ) OTHER PROCEEDINGS: Preliminary Examination

| Description | 2:05cr297-WHA: USA vs. Joyce Renee King: Preliminary Examination | |
|---|---|---|
| Date | 7/11/2006 | Location |
| **Time** | **Speaker** | **Note** |
| 9:04:23 AM | Court | Convenes; |
| 9:05:47 AM | Government | Calls witness Donnell Thompson; Witness testifies |
| 9:08:48 AM | Defense | Cross Examines Witness |
| 9:17:53 AM | Government | Re-Directs Witness |
| 9:18:15 AM | Defense | Further questions witness |
| 9:20:01 AM | Government | Questions Witness |
| 9:22:14 AM | Defense | Questions Witness |
| 9:24:03 AM | | Witness Excused; Government Rest |
| 9:24:52 AM | | Defense Rest |
| 9:25:07 AM | Court | Remands Defendant to custody of USMS |
| | | COURT IN RECESS |