IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| USA | * | |
| | * | 2:05cr297-WHA |
| VS. | * | |
| | * | |
| JOYCE RENEE KING | * | |

## WITNESS LIST

**PLAINTIFF/GOVERNMENT**                                    **DEFENDANT**

1. Donnell Thompson                                         1. _____

2. _____                                           2. _____

3. _____                                           3. _____

4. _____                                           4. _____

5. _____                                           5. _____

6. _____                                           6. _____

7. _____                                           7. _____

8. _____                                           8. _____

9. _____                                           9. _____

10. _____                                          10. _____

11. _____                                          11. _____

12. _____                                          12. _____

13. _____                                          13. _____

14. _____                                          14. _____

15. _____                                          15. _____

16. _____                                          16. _____

17. _____                                          17. _____