IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CR. NO. 2:05-cr-00297- WHA |
| | * | |
| JOYCE RENEE KING | * | |
| Defendants. | * | |

## **MOTION TO RELEASE ON BOND**

COMES, James R. Cooper, Jr. who moves that this Court release the defendant pending sentencing and states in support thereof as follows:

1.      Ms. King was originally free on bond pending trial. She did not keep in touch with he pre-trial office, Donnelle Thompson and after a hearing, her bond was revoked. She now is housed in the Autauga County Jail.

2.      Ms. King has seen the error of her ways. She has constructed a program when carries a very high degree of compliance with Ms. Thompson's requests.

3.      A comprehensive plan to guarantee compliance has already been sent to Ms. Thompson.

Wherefore, the defendant requests the following relief:

1.      That a hearing on this motion be set and following that hearing, Ms. King be released on bond pending sentencing September 26, 2006.

2.      All other appropriate relief.

RESPECTFULLY SUBMITTED,


S/James R. Cooper, Jr.
s/James R. Cooper, Jr. (COO021)
COOPER & COOPER
Attorney for Defendant
312 Scott Street

Montgomery, AL 36104
(334) 262-4887

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 28th day of August, 2006, I have served a copy of the foregoing **Motion to Release** upon Ms. Susan Redmond, Asst. U.S. Attorney, P.O. Box 197, Montgomery, Alabama 36101 and all other parties by electronic case filing,   by placing a copy of same in the United States Mail properly addressed and postage prepaid.


S/ James R. Cooper, Jr.


cc:
Renee King
14 Johnson Ave
Montgomery, Al 36109

Julia Webb
876 Boat Landing Rd
Gordon, Al 36343