IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR297-WHA |
| | ) | |
| JOYCE RENEE KING | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the defendant's Motion to Release on Bond, filed on 28 August 2006 (Doc. # 135), is DENIED.

The court revoked the defendant's pretrial release after careful consideration of the evidence presented at the hearing because of the weight of the evidence. The defendant violated standard conditions of her release and a special condition. The defendant was directed to (1) advise the Probation Officer of any change in her address and (2) maintain or actively seek full-time, verifiable employment. Moreover, she was specifically directed to live with her grandmother. She failed to comply with any of the directives, and, as a result, her pretrial release was revoked.

This court can now discern no circumstances that alter its conclusions that the defendant's pretrial release should be revoked pending her sentencing on 26 September 2006, nor does the court find that the benefit to the defendant of release at this time - limited almost exclusively to physical freedom - outweighs society's, the defendant's, and the defendant's family's interests in her retention in confinement.

DONE this 30th day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE