Julia Webb
876 Boat Landing Road
Gordon, Alabama 36343

August 2, 2006

The Honorable Judge McPherson
C/O James Cooper, Attorney
312 Scott Street
Montgomery, AL 33104

**RE: PROPOSED SUPPORT PLAN TO FACILITATE THE RELEASE OF JOYCE RENEE KING**

Dear Judge McPherson:

This letter is pursuant to my recent phone conversations with Joyce Renee King, 24 year old inmate at Autauga Metro Jail, and her attorney, James Cooper, regarding this proposal of a structured support plan that we pray court might deem favorable enough to warrant Renee's release from jail, pending her sentencing on September 22, 2006. This same plan would be continue to be available to Renee after that date, should the court find that her case merits probation rather than additional jail time.

## Background Information On My Husband And Myself:
My husband, Richard, and I, respectively 58 and 61 years old, have been happily married for nearly 27 years and have three grown children. We have a home (since 1996) and business office in Tallahassee, Florida, and a home on the Chattahoochee River, in Gordon, Alabama (acquired in May of this year). We especially love our river home and now spend most of our time here in Gordon, where we plan to do a lot of fishing. We are hoping to be able to move our office in the near future, from Tallahassee to the Sneads, Florida area, about 30 minutes from Gordon and eventually sell the house in Tallahassee.

We have had our business, since 2002 (cards enclosed), contracting with the State of Florida to provide building code compliance services for The Department of Corrections and Florida's Turnpike Authority. We have a full time administrative assistant/assistant office manager and a part time bookkeeper, so I am blessed to be able to work only part-time. I am presently implementing arrangements that will enable me to work out of our Gordon home, allowing me to go to the Tallahassee home and office, only as necessary (hopefully, a few hours every 10 days to two weeks). My husband travels a lot, performing all of the building code inspections for the Department of Corrections, in the Panhandle and North Florida area, so he gets to the office more frequently than I and occasionally stays overnight, when his schedule renders it more convenient.

## My Relationship With And Knowledge Of Renee:
I met Renee through her Aunt Bobbiette Teel, about six months ago. I was most impressed by the sweet and gentle nature that she tries to camouflage. I have had a number of opportunities to visit and interact with her, in and out of the presence of her family, as well as in my home. I've studied her interactions with her family and am amazed to see such an enormous capacity to love, given all that she has been through in her short life. I'm concerned that a prison sentence might damage or destroy these qualities. I like Renee and feel that her "spirited" personality needs to some constructive direction from people that care about her.

Page 2
(PROPOSED SUPPORT PLAN TO FACILITATE THE RELEASE OF JOYCE RENEE KING, continued :)

I first came to know the King/Casey family about 40 years ago, when I lived in Ft. Myers, Florida and worked with Renee's paternal grandmother, Joyce King [now deceased]. I eventually lost contact with the family, but reconnected about a year ago and have remained close during that time.

Nobody can deny that Renee's young life has been a rough one. Her mother, Cindy, a lifelong alcoholic, died earlier this year of an alcohol related illness. Her father, Sherman Casey, Jr., was incarcerated when Renee was about six months old and for all intents and purposes, unavailable to her until his release in January of this year. As I understand it, due to bitter feelings between Renee's parents, her mother tried to keep the girls distanced from the Casey side of the family during his incarceration. Renee has had very little, responsible parenting and nurturing available to her in her life, excepting the five or six years she and her sister lived with their grandmother, Joyce King. I understand that Joyce adopted or obtained custody of the two sisters, when Renee was about two and kept them until she became too sick with cancer to care for them, at which time they were returned to their mother, in Montgomery.

**My Reasons For Wanting To Help Renee:**
I have several reasons for wanting to help Renee, one of which is self-serving. My husband's 33 year-old, mentally challenged (IQ of 69, as I recall one point higher than legal incompetence) daughter has a substance abuse problem. We have tried to help, but Kentucky's legal system prevents our unwelcome intervention. Her two children and any quality of life she might otherwise enjoy may be lost to her, due to her drug abuse.

*Conversely*, Renee's potential is more readily attainable. Some one-on-one assistance will help her focus on the accomplishments necessary to improve the rest of her life. I would like to be a part of her healing and growth process. Admittedly, she was given a "chance" before and blew it by making some bad choices. She admits that she *does* have problems to work out, but she is an intelligent and genuinely sweet person with a lot of potential. *She needs a chance to develop that potential under the right circumstances and away from Montgomery.*

My heart took to Renee when we first met and I suppose I felt a need to "mother her" and help her grow in a positive direction. I like and respect her ideas and opinions on a variety of subjects. I believe she respects me and is fond of me and that we can work well together. I am glad that my life is at a place that makes it possible for me to be available to assist in her efforts. Living in our home would not be a "free ride" for her. She will need to work and pay her own way, including some room and board, but my home and assistance is available to her, if the court will allow it.

*I believe that a re-assessment of Renee, by the court, will show that she is now ready and willing to accept responsibility for her actions. We pray that the court will grant her this opportunity to work with this new-found, positive attitude to get her life on a productive tract.*

*Please consider that Renee never had the opportunity to grow and mature responsibly, as most girls have.* **She has never had access to so many loving family members and friends, --- positive role models ---- rallying on her behalf and willing to work together to provide a strong, focused, and stable support structure to facilitate**

Page 3
(PROPOSED SUPPORT PLAN TO FACILITATE THE RELEASE OF JOYCE RENEE KING, continued :)

**her release and help her gain healthy control of her life. This support system has only become accessible to her for the first time in her life, at this very point in her life.**

### Support Structure:
- Myself and my husband, with whom she can reside in a congenial, safe, healthy, and stable home environment. Only the three of us will reside in our Gordon, AL home, very near Dothan. She will have unlimited access to fishing, which she says she loves "more than anything."
- *Her father, who lives in the Dothan area, is physically healthy, emotionally strong, doing well and more readily available to Renee than EVER before in her life.* He sincerely loves his children, wants to be a good father and role model and have a profound and positive effect on Renee's life (with the courts indulgence). I believe he can be a tremendous asset for Renee. He is willing to do anything he can to help her make positive changes in her life.
- **Her father's family, all living here in the Dothan area and very supportive,** were mostly unavailable to Renee when her mother was alive, due to bitter mom/dad relationship. She has the support of her dad's two sisters, Aunts Bobbiette Teel and Gayle Casey, Great-Aunt Rita Brannon, and a number of other supportive great-aunts, great-uncles and cousins.
- Close and long-time family friend, Patricia Floyd, a city councilwoman in nearby Pinckard, Alabama, wants to be an active and significant part of Renee's support system.
- Her loving sister and only sibling, Sabrina, lives in Montgomery, but is willing to come to Dothan and bring her children (the apples of Renee's eyes) often to visit, possibly moving here in the future.
- Loving grandparents, Sonny and Wanda Livingston, live in Montgomery and willing to visit.
- Her very caring boyfriend, Robert Foil, lives in Montgomery, but willing to see her often.
- Long time friend, J.B. Jurls, of Montgomery, can be counted on for emotional support.

All of us care for Renee and are willing to do what we can to assist in her endeavor to get her life on track and watch her grow and mature into a productive, law abiding citizen.

**Renee readily agrees to abide by the guidelines listed in this proposal. We are both willing to agree to any additional rules, restrictions, or conditions that the court chooses to impose.** She and I have discussed the following conditions explicitly and at length. She knows that I will stand for *absolutely no shenanigans*. I have told her firmly, "If you do not or cannot live by the conditions of your release, to-the-letter, know that I will personally call the authorities and have you returned to their custody, by sitting on you if necessary, to await their arrival."

### Proposed Guidlines:

1. Renee must be gainfully employed at all times and pay a fair amount of room and board (amount to be determined at a later time). She can work for me immediately upon her release, gardening and housekeeping, while looking for a regular job, if that is acceptable to the court.
2. No smoking.
3. No illegal substances.
4. No alcohol.
5. No illegal activities.

Page 4
(PROPOSED SUPPORT PLAN TO FACILITATE THE RELEASE OF JOYCE RENEE KING, continued :)

6. Restricted to the Dothan area, unless otherwise allowed by the court. (I would have no objection to Renee's family and/or her boyfriend visiting with her at my home, or as the court deems appropriate. Additionally, I would like to request that the court allow me the convenience of taking Renee to Tallahassee with me on occasion for a few hours or overnight, as needed, to work in my office and/or take care of housekeeping chores, as necessary, provided she is not otherwise occupied.)
7. Drug rehabilitation, where ever available and as soon as the court can arrange it.
8. Diligent study for GED preparation, either home schooled or in a classroom setting, as scheduling permits or as dictated by the court.

My husband and I are honest, God-fearing, hard working people. I feel that God has given us this opportunity to *help Renee achieve* positive, life-altering changes. I can already hear and feel a positive change in her attitude when we talk on the phone. I know in my heart that --- more than ever before in her life --- she has a better grasp on having her priorities order, is motivated by many personal factors in her life, and more resolved than ever before to focus her energies on developing a healthy and productive future for herself.

Your Honor, Renee does not have the heart of a hard core criminal. She has redeeming qualities that I fear may be lost or destroyed, if she serves regular prison time. I've paid close attention to her interactions with family members, had conversations with her and been present during her conversations with others. During those times, I've heard her make various references to different situations being "fair" or "unfair" (as they relate to other people) and general comments that conveyed her distaste for people doing or saying hurtful things to others. I've gleaned from observing her that she has a soft heart and a tremendous capacity to love, which I see as a special quality, especially considering the disadvantages stacked against her from infancy. She has basically lived in the streets since she was about 14 years old. *I believe that if she's given this one more opportunity, it will ALLOW HER TO ACCESS THE STRENGTH OF THIS NEWFOUND SUPPORT SYSTEM THAT HAS NEVER, EVER-IN- HER-LIFE, BEEN AVAILABLE TO HER ...UNTIL NOW, away from the negative elements in Montgomery and the environment that contributed to her present situation, SHE WILL WORK HARD AND THRIVE.*

Anybody that knows me will tell you that I am no "push-over" and tenacious enough to handle this responsibility. I will be happy to meet with whomever the court deems necessary and undergo any scrutiny required to facilitate this arrangement. I can be reached at home in Gordon: (334)522-2010. If no answer, please try my cell phone (850)250-5706 (cell service is not dependable in Gordon). Please let me know if you require additional information or any sort of documentation. I appreciate your consideration in this matter.

Sincerely,


Julia Webb