IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR297-WHA |
| | ) | [WO] |
| JOYCE RENEE KING | ) | |

**ORDER ON MOTION**

On 30 August 2006, the defendant filed a Motion to Release on Bond (Doc. # 137). Substantively, the motion requested the same ultimate outcome as the defendant's Motion for Detention Hearing, filed on 28 August 2007 (Doc. # 135). Accordingly, for the reasons stated in the Order denying the former motion (Doc. # 136), and for good cause, it is

ORDERED that the Motion to Release on Bond is DENIED.

DONE this 7th day of September, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE