# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | October 11, 2006 | AT: | 11:40 a.m. |
| DATE COMPLETED: | October 11, 2006 | AT: | 11:52 a.m. |

UNITED STATES OF AMERICA    )
                            )
vs.                         )   CR. No. 2:05cr297-WHA
                            )
JOYCE RENEE KING            )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Susan Redmond | James R. Cooper |

COURT OFFICIALS PRESENT

| | |
|---|---|
| Heather Barnett, Court Reporter | JoAnn Sellers, USPO |
| Elna Behrman, Courtroom Deputy | Lisa Harden, Law Clerk |

COURTROOM PROCEEDINGS

(X)    SENTENCING HEARING

Hearing commences.
Defendant is sworn.
Parties state they have reviewed the presentence report.
Defendant withdraws her written objection to ¶ 20 of the presentence report.
Court overrules the objection as moot.
Government orally moves for a 2-level downward departure for substantial assistance pursuant to USSG § 5K1.1 and moves for 1-level downward departure for acceptance of responsibility.
USPO states Defendant does not qualify for departure for acceptance of responsibility.
Government withdraws the motion.
Court orally GRANTS the motion for 2-level downward departure for substantial assistance.
Defendant's counsel requests sentence at the low end of the guideline range.
Sentence is stated.
No objections to statement of sentence.
Sentence is ORDERED imposed as stated.
Defendant waives her right to appeal.
Court addresses Defendant.
Government orally moves to dismiss Count 1 of the Indictment.
Court orally GRANTS the motion, and Count 1 of the Indictment is DISMISSED.
Defendant is re-committed to the custody of the U. S. Marshal for processing.
Court is adjourned.