**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO. 2:05CR000297 |
| v. | ) |
| | ) |
| **JOYCE RENEE KING,** | ) |
| | ) |
| Defendant. | ) |

## SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution imposed by the Court in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Middle District of Alabama is hereby authorized and empowered to satisfy the judgment as to the monetary imposition only.

        LEURA G. CANARY
        UNITED STATES ATTORNEY


        /S/ R. Randolph Neeley
        R. RANDOLPH NEELEY
        Assistant United States Attorney
        Bar Number: 9083-E56R
        Attorney for Plaintiff
        Post Office Box 197
        Montgomery, AL 36101
        Telephone: (334) 223-7280
        Facsimile: (334) 223-7201
        E-Mail: rand.neeley@usdoj.gov


JUDGMENT DATED: October 11, 2006

DATED: October 22, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Satisfaction of Judgment As To Monetary Imposition upon Joyce King, defendant, by mailing a copy of same, first class, postage prepaid, addressed to the following, this the 22nd day of October, 2007.

Ms. Joyce King
35 West Vandiver
Montgomery, AL 36110

/S/ R. Randolph Neeley
ASSISTANT U.S. ATTORNEY